UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:

Hearing Date:

Judge:

Chapter:

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: May 16, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened*

2. ❑ A Trustee shall be appointed.

   ❑ A Trustee shall not be appointed.

3. ❑ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all creditors within seven (7) days of the entry of this Order.

*for the limited purpose of filing the Financial Management Certification - Official Form 423, which is attached as an exhibit in support this motion and must be refiled separately by counsel. The Clerk's Office shall review the case within 14 days for entry of discharge; discharge shall be granted, if appropriate; and the case shall immediately be re-closed. The discharge shall apply only to those debts that arose before the September 15, 2024 petition date.

*Rev. 5/1/2019*